AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF    NEVADA

SCOTT WILLIAM PETERSON,

    Plaintiff,

V.

AMERICAN HOME MORTGAGE, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-CV-00768-RCJ-VPC

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss and for Sanctions [7] is GRANTED IN PART, DENIED IN PART. All claims are dismissed, but the Court will not award sanctions.

| | |
|---|---|
| May 15, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |