AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF ___NEVADA___

SCOTT WILLIAM PETERSON,

      Plaintiff,                **JUDGMENT IN A CIVIL CASE**

  V.

                             CASE NUMBER: 3:11-CV-00768-RCJ-VPC

AMERICAN HOME MORTGAGE, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss and for Sanctions [7] is GRANTED IN PART, DENIED IN PART. All claims are dismissed, but the Court will not award sanctions.

 May 15, 2012                       **LANCE S. WILSON**
    Date                              Clerk

                                 /s/   M. Campbell
                                    Deputy Clerk